IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDDIE A. POINDEXTER**                                                                                    **PLAINTIFF**
**ADC #121353**

V.                          Case No. 4:23-CV-01136-BRW-BBM

**MAPLE ADKINS, Lieutenant,**
**Tucker Unit, ADC**                                                                                         **DEFENDANT**

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Plaintiff's Amended Complaint (Doc. 9-1) and Supplement (Doc. 10) are DISMISSED without prejudice for failing to state a claim upon which relief may be granted. Dismissal is recommended as a "STRIKE," pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 2nd day of December, 2024.

                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE